Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Saiid Bashir Mohamed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIID BASHIR MOHAMED,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION LLC,<br>CITIBANK, N.A., and<br>WELLS FARGO, N.A.<br><br>  Defendants. | Case No. 15-cv-03517 PSG<br><br>NOTICE OF VOLUNTARY DISMISSAL |

   PLEASE TAKE NOTICE, that plaintiff hereby voluntarily dismisses this entire action against all defendants pursuant to Fed. Rule of Civ Proc. 41(a)(1)(A)(i).

Date: August 27, 2015

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff Saiid Bashir Mohamed

**VOLUNTARY DISMISSAL, MOHAMED V EXPERIAN INFO SOLUTIONS, ET AL, NO. 15-03517 PSG**